AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R. | U.S.D.C., EDNY | 10/19/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT, EDNY
225 CADMAN PLAZA EAST
ROOM 915 SOUTH
BROOKLYN, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | Partner in Strook & Strook & Lavan LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. -Life Insurance Policy Inssued by Northwestern Mutual | | None | J | W | | | | | |
| 3. IRA #1 | E | Int./Div. | O | T | | | | | |
| 4. -Adobe Systems | | | | | Buy | 10/14/11 | J | | |
| 5. -BP PLC | | | | | | | | | |
| 6. -Hartford Financial Services | | | | | Sold | 03/08/11 | K | C | |
| 7. -Cisco Systems | | | | | | | | | |
| 8. -Google | | | | | | | | | |
| 9. -Dreyfus Liquid Assets (money market fund) | | | | | | | | | |
| 10. -Ericsson | | | | | | | | | |
| 11. -General Electric | | | | | | | | | |
| 12. -Annaly Capital Mgt. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 13. -American Express | | | | | | | | | |
| 14. -Eli Lilly & Co. | | | | | | | | | |
| 15. -Citigroup | | | | | | | | | |
| 16. -Penn West | | | | | | | | | |
| 17. -Pepsico | | | | | Sold | 10/21/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Intel | | | | | Buy (add'l) | 07/15/11 | J | | |
| 19. -Microsoft | | | | | | | | | |
| 20. -Windstream | | | | | Sold | 01/07/11 | K | D | |
| 21. -Viacom | | | | | | | | | |
| 22. -ishares Short Treas. Bond Fund | | | | | | | | | |
| 23. -ishares TRFTJE XINHUA HK China 25 Index | | | | | Sold | 05/03/11 | J | A | |
| 24. -Powershares ETF Final PFD Portofolio | | | | | | | | | |
| 25. -Enterprise Prods Partners | | | | | | | | | |
| 26. -Provident Energy Trust | | | | | Sold | 09/21/11 | K | D | |
| 27. -Putnam Premier Income Trust | | | | | | | | | |
| 28. -Enerplus | | | | | Buy (add'l) | 04/29/11 | K | | |
| 29. -Enerplus | | | | | Buy (add'l) | 05/17/11 | J | | |
| 30. -BlackRock Global Energy & Resources Trust | | | | | | | | | |
| 31. -Boardwal Pipeline Partners | | | | | | | | | |
| 32. -Motors Liquidation Corp. | | | | | | 06/30/11 | | zero value | |
| 33. -Procter & Gamble | | | | | | | | | |
| 34. -New York Community Bancorp | | | | | Sold | 07/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Eaton Vance Llimited Duration Income Fund | | | | | | | | | |
| 36. -Hospitality PPTYS TR | | | | | | | | | |
| 37. -Johnson & Johnson | | | | | Sold | 07/20/11 | K | B | |
| 38. -Kellogg | | | | | Sold | 07/06/11 | K | A | |
| 39. -Pengrowth Energy | | | | | | | | | |
| 40. -Dow Chemical | | | | | | | | | |
| 41. -Conoco Phillips | | | | | | | | | |
| 42. -Cohen & Steers Infrastructure Fund | | | | | | | | | |
| 43. -Fiduciary/Claymore Opportunity Fund | | | | | Sold | 08/05/11 | J | A | |
| 44. -Invesco Mortgage Capital | | | | | Buy (add'l) | 03/22/11 | J | | |
| 45. -Quest Coomunications | | | | | Sold | 01/06/11 | K | C | |
| 46. -Inshares FTSE NAREIT MTG Index Fund | | | | | | | | | |
| 47. -Kayne Anderson Energy Dev. Co. | | | | | | | | | See Part VIII |
| 48. -Novartis | | | | | Sold | 01/13/11 | K | C | |
| 49. -3M | | | | | Sold | 01/27/11 | J | A | |
| 50. -Bristol Myers Squibb | | | | | Buy | 07/22/11 | K | | |
| 51. -Capstead Mtg. | | | | | Buy | 04/14/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Centurylink | | | | | Buy | 03/01/11 | K | | |
| 53.  -Centurylink | | | | | Buy (add'l) | 05/06/11 | J | | |
| 54.  -Bank of America | | | | | | | | | See Part VIII |
| 55.  -Freeport McMoran Copper & Gold | | | | | Buy | 05/09/11 | K | | |
| 56.  -Frontier Communications | | | | | Buy | 02/23/11 | K | | |
| 57.  -Frontier Communications | | | | | Buy (add'l) | 06/22/11 | J | | |
| 58.  -HJ Heinz Co. | | | | | Buy | 10/21/11 | J | | |
| 59.  -MFA Financial | | | | | Buy | 07/25/11 | J | | |
| 60.  -Merck | | | | | Buy | 09/30/11 | J | | |
| 61.  -Prudential Financial | | | | | Buy | 09/01/11 | J | | |
| 62.  -Skyworks Solutions | | | | | Buy | 08/03/11 | J | | |
| 63.  -Skyworks Solutions | | | | | Buy (add'l) | 08/09/11 | J | | |
| 64.  -Telstra | | | | | Buy | 01/11/11 | K | | |
| 65.  -Wachovia Cap Tr. | | | | | Buy | 11/23/11 | J | | |
| 66.  IRA #2 | C | Int./Div. | L | T | | | | | |
| 67.  -Dominion Resources | | | | | | | | | |
| 68.  -Johnson & Johnson | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Citibank Account | | | | | | | | | |
| 70. -Keycorp Preferred | | | | | | | | | |
| 71. -Morgan Stanley Cap TR | | | | | | | | | |
| 72. -Provident Energy | | | | | | | | | |
| 73. -John Hancock Bank Fund | | | | | | | | | |
| 74. -Annaly Capitol Mgt | | | | | | | | | |
| 75. -Kayne Anderson Energy Fund | | | | | | | | | |
| 76. -Cohen & Steers Infrastructure Fund | | | | | | | | | |
| 77. -Powershares ETF | | | | | | | | | |
| 78. -Bristol Myers Squibb | | | | | | | | | |
| 79. -Pace Oil & Gas | | | | | | | | | |
| 80. -Freeport McMoran Copper & Gold | | | | | Buy | 05/09/11 | J | | |
| 81. Citibank Accounts | B | Interest | M | T | | | | | |
| 82. BNP Paribas Structured Note | | None | | | Matured | 07/07/11 | N | | |
| 83. Citibank NY Tax-Free Reserves | A | Dividend | | | Redeemed | 12/30/11 | J | | |
| 84. S&P Variable Participation Notes | | None | M | T | | | | | |
| 85. Astra Five NY | | None | | | Redeemed | 01/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Citigroup FDG MTN SR Index Note | | None | M | U | Buy | 09/09/11 | L | | See Part VIII |
| 87. Vanguard Limited-Term Tax-Exempt | A | Dividend | | | Redeemed | 01/26/11 | O | B | |
| 88. Vanguard Short-Term Investment Grade | E | Dividend | P1 | U | Buy | 01/26/11 | O | | See Part VIII |
| 89. Vanguard Short Term Investment Grade | | | | | Buy | 06/20/11 | K | | |
| 90. Vanguard Short-Term Investment Grade | | | | | Redeemed | 09/08/11 | L | C | |
| 91. Vanguard Short-Term Investment Grade | | | | | Buy | 10/14/11 | M | | |
| 92. Vanguard NY Tax-Exempt Money Market Fund | A | | | | Redeemed | 01/26/11 | J | | |
| 93. Vanguard High-Yield Tax-Exempt Fund | B | Dividend | | | Redeemed | 01/26/11 | N | | |
| 94. Vanguard Emerging Markets Index Fund | C | Dividend | M | U | Buy | 02/28/11 | M | | See Part VIII |
| 95. Vanguard Mid-Cap Index Fund | D | Dividend | O | U | Buy | 07/27/11 | M | | See Part VIII |
| 96. Vanguard Mmid-Cap Index Fund | | | | | Buy | 10/14/11 | N | | |
| 97. Vanguard High-Yield Corporate Fund | E | Dividend | O | U | Buy | 01/26/11 | N | | See Part VIII |
| 98. Western Asset Municipal NY Money Market Fund | A | Dividend | | | Redeemed | 05/06/11 | J | | |
| 99. Morgan Stanley NY Municipal Money Market Fund | A | Dividend | J | U | Buy | 05/06/11 | J | | See Part VIII |
| 100. Morgan Stanley NY Municipal Money Market Fund | | | | | Sold | 07/15/11 | J | | |
| 101. Morgan Stanley NY Municipal Money Market Fund | | | | | Sold | 10/21/11 | J | | |
| 102. General American Investors | B | Dividend | L | T | Buy | 03/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. General American Investors | | | | | Buy | 03/16/11 | J | | |
| 104. General American Investors | | | | | Buy | 03/25/11 | J | | |
| 105. General American Investors | | | | | Buy | 04/21/11 | J | | |
| 106. General American Investors | | | | | Buy | 05/26/11 | J | | |
| 107. General American Investors | | | | | Buy | 06/22/11 | J | | |
| 108. General American Investors | | | | | Buy | 08/01/11 | J | | |
| 109. WFG-WPX Partners LLC | | None | N | W | | | | | |
| 110. Columbia Acorn Fund | E | Dividend | N | U | | | | | See Part VIII |
| 111. JP Morgan Midcap Value Fund | A | Dividend | L | U | | | | | See Part VIII |
| 112. Bernstein Global Diversified Strategies | | None | | | Redeemed | 10/11/11 | N | | |
| 113. Bernstein Global Opportunities | E | Dividend | | | Redeemed | 10/11/11 | M | | |
| 114. Bernstein New York Municipal Portfolio | C | Dividend | | | Redeemed | 03/11/11 | P1 | E | |
| 115. Cash balance at Sanford C. Bernstein & Co. | | None | | | Redeemed | 03/11/11 | K | | |
| 116. Bernstein Tax-Managed International Portfolio | B | Dividend | | | Redeemed | 03/11/11 | O | | |
| 117. Bernstein Emerging Markets Portfolio | A | Dividend | | | Redeemed | 03/11/11 | M | | |
| 118. Agrium | | None | | | Sold | 02/04/11 | J | | |
| 119. Alcoa | | None | | | Sold | 03/10/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Astrazeneca | | None | | | Sold | 03/10/11 | K | B | |
| 121. Cablevision Systems | A | Dividend | | | Sold | 03/10/11 | J | A | |
| 122. CenturyLink | A | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 123. CF Industries Holdings | | None | | | Sold | 01/31/11 | J | A | |
| 124. Comerica | A | Dividend | J | T | Sold (part) | 03/10/11 | J | | |
| 125. Commerical Metals | | None | | | Sold | 03/10/11 | J | A | |
| 126. Altria Group | | None | | | Sold | 01/31/11 | J | A | |
| 127. Delta Air Lines | | None | | | Sold | 03/10/11 | K | | |
| 128. Direct TV | | None | | | Sold | 02/08/11 | J | | |
| 129. Eaton Corp. | | None | | | Sold | 03/10/11 | J | B | |
| 130. Edison International | | None | | | Sold | 03/10/11 | J | | |
| 131. Hewlett-Packard | A | Dividend | | | Sold (part) | 03/11/11 | J | | |
| 132. Hewlett-Packard | | | | | Sold (part) | 06/22/11 | J | | |
| 133. Hewlett-Packard | | | | | Sold | 07/05/11 | J | | |
| 134. Gap | | None | | | Sold | 03/10/11 | J | A | |
| 135. Cameron International | | None | | | Sold (part) | 03/10/11 | J | B | |
| 136. Cameron International | | | | | Sold (part) | 05/18/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Cameron International | | | | | Sold (part) | 05/24/11 | J | A | |
| 138. Cameron International | | | | | Sold | 06/01/11 | J | | |
| 139. General Motors | | None | | | Sold | 03/10/11 | J | | |
| 140. Health Net | | None | | | Sold | 03/10/11 | J | A | |
| 141. Hess | A | Dividend | | | Sold | 03/10/11 | J | C | |
| 142. Kimberly Clark | A | Dividend | J | T | Sold (part) | 03/10/11 | J | | |
| 143. Kimberly Clark | | | | | Sold (part) | 03/11/11 | J | | |
| 144. Kimberly Clark | | | | | Sold (part) | 12/11/11 | J | A | |
| 145. Kroger | B | Dividend | J | T | Sold (part) | 03/11/11 | K | A | |
| 146. Aetna | | None | | | Sold | 03/10/11 | J | A | |
| 147. Lear | A | Dividend | | | Sold | 03/10/11 | J | B | |
| 148. Marathon Oil | B | Dividend | J | S | Sold (part) | 03/10/11 | K | D | |
| 149. Newfield Exploration | | None | | | Sold | 03/10/11 | J | B | |
| 150. Parker Hannifin | | None | | | Sold | 03/10/11 | K | | |
| 151. Raytheon | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 152. Raytheon | | | | | Buy | 05/24/11 | J | | |
| 153. Royal Caribbean Cruises | | None | | | Sold | 03/10/11 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Safeway | | None | | | Sold | 03/10/11 | | | |
| 155. Ford Motor Co. | | None | | | Sold | 03/10/11 | K | C | |
| 156. Archer-Daniels Midland | A | Dividend | | | Sold | 03/10/11 | J | A | |
| 157. Sara Lee Corp. | A | Dividend | | | Sold | 03/10/11 | J | B | |
| 158. Accenture PLC Ireland | | None | | | Sold | 03/10/11 | J | B | |
| 159. Allergan | A | Dividend | J | T | Buy (add'l) | 03/11/11 | J | | |
| 160. Allergan | | | | | Sold (part) | 05/19/11 | J | A | |
| 161. Allergan | | | | | Sold (part) | 05/24/11 | J | A | |
| 162. Carnival Corp. | | None | | | Sold | 03/10/11 | J | A | |
| 163. Citrix | | None | J | T | Sold (part) | 05/18/11 | J | A | |
| 164. Citrix | | | | | Sold (part) | 05/19/11 | J | A | |
| 165. Citrix | | | | | Sold (part) | 06/17/11 | J | A | |
| 166. Citrix | | | | | Sold (part) | 08/11/11 | J | A | |
| 167. Citrix | | | | | Sold (part) | 10/27/11 | J | A | |
| 168. Dow Chemical | A | Dividend | J | T | Sold (part) | 03/10/11 | K | D | |
| 169. Dow Chemical | | | | | Buy (add'l) | 06/11/11 | J | | |
| 170. Express Scripts Inc. | | None | J | T | Sold (part) | 05/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Express Scripts Inc. | | | | | Sold (part) | 06/11/11 | J | A | |
| 172. Express Scripts Inc. | | | | | Sold (part) | 06/14/11 | J | | |
| 173. Express Scripts Inc. | | | | | Sold (part) | 10/08/11 | J | A | |
| 174. Flowserve | A | Dividend | | | Sold (part) | 05/26/11 | J | A | |
| 175. Flowserve | | | | | Sold (part) | 06/09/11 | J | | |
| 176. Flowserve | | | | | Sold (part) | 06/14/11 | J | | |
| 177. Goodrich Corp. | A | Dividend | | | Sold | 03/10/11 | J | A | |
| 178. Intuit | | None | | | Sold | 03/10/11 | J | A | |
| 179. Juniper Networks | | None | J | T | | | | | |
| 180. Marvell Technology Group | | None | | | Sold | 03/10/11 | J | | |
| 181. Noble Energy | | None | | | Sold | 03/10/11 | K | C | |
| 182. Potash Corp. of Saskatchewan | A | Dividend | | | Sold (part) | 03/11/11 | J | A | |
| 183. Potash Corp of Saskatchewan | | | | | Sold (part) | 05/12/11 | J | A | |
| 184. Potash Corp of Saskatchewan | | | | | Sold (part) | 08/22/11 | J | A | |
| 185. Rovi Corp. | | None | | | Buy (add'l) | 01/13/11 | J | | |
| 186. Rovi Corp | | | | | Sold | 03/10/11 | J | | |
| 187. Southwestern Energy | | None | | | Sold | 03/10/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Occidental Petroleum | A | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 189. Stanley Black&Decker | A | Dividend | | | Sold | 03/10/11 | J | A | |
| 190. Starbucks | A | Dividend | J | T | Sold (part) | 03/10/11 | J | B | |
| 191. Starbucks | | | | | Sold (part) | 03/11/11 | J | A | |
| 192. Starbucks | | | | | Sold (part) | 06/30/11 | J | A | |
| 193. Goldman Sachs | A | Dividend | | | Sold | 03/10/11 | K | B | |
| 194. Intel | B | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 195. Intel | | | | | Buy (add'l) | 05/19/11 | J | | |
| 196. Intel | | | | | Sold (part) | 11/04/11 | J | A | |
| 197. Bunge Ltd | | None | | | Sold | 03/10/11 | K | C | |
| 198. Microsoft | B | Dividend | K | T | Sold (part) | 03/10/11 | J | | |
| 199. Microsoft | | | | | Sold (part) | 03/11/11 | J | A | |
| 200. Microsoft | | | | | Buy (add'l) | 08/10/11 | J | | |
| 201. Microsoft | | | | | Buy (add'l) | 08/18/11 | J | | |
| 202. Microsoft | | | | | Sold (part) | 12/02/11 | J | A | |
| 203. Microsoft | | | | | Buy (add'l) | 12/07/11 | J | | |
| 204. Proctor & Gamble | B | Dividend | K | T | Buy | 03/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Proctor & Gamble | | | | | Buy (add'l) | 05/12/11 | J | | |
| 206. Proctor & Gamble | | | | | Buy (add'l) | 05/17/11 | J | | |
| 207. Proctor & Gamble | | | | | Buy (add'l) | 06/22/11 | J | | |
| 208. Proctor & Gamble | | | | | Sold (part) | 09/27/11 | J | A | |
| 209. Proctor & Gamble | | | | | Sold (part) | 10/27/11 | J | A | |
| 210. Proctor & Gamble | | | | | Sold (part) | 12/05/11 | J | A | |
| 211. Costco | A | Dividend | | | Sold | 03/10/11 | J | A | |
| 212. Corning | A | Dividend | | | Sold | 05/20/11 | J | B | |
| 213. United Parcel Service | A | Dividend | | | Sold | 03/10/11 | K | B | |
| 214. Vertex Pharmaceutical | | None | | | Sold | 03/10/11 | J | B | |
| 215. Capital One Financial Corp | A | Dividend | | | Sold | 03/10/11 | J | B | |
| 216. Gannett | A | Dividend | | | Sold | 03/10/11 | J | B | |
| 217. Dell | | None | | | Sold | 03/10/11 | K | C | |
| 218. Lowes Cos. | | None | | | Sold | 03/10/11 | K | C | |
| 219. Pepsico | A | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 220. Pepsico | | | | | Buy (add'l) | 06/22/11 | J | | |
| 221. Pepsico | | | | | Buy | 05/22/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Pepsico | | | | | Sold (part) | 12/01/11 | J | | |
| 223. Chevron | A | Dividend | K | T | Buy (add'l) | 03/11/11 | J | | |
| 224. Home Depot | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 225. J.P. Morgan Chase | B | Dividend | K | T | Sold (part) | 03/10/11 | L | D | |
| 226. J,P, Morgan Chase | | | | | Buy (add'l) | 03/11/11 | J | | |
| 227. J.P. Morgan Chase | | | | | Sold (part) | 06/23/11 | J | A | |
| 228. Medco Health Solutions | | | | | | | | | See Part VIII |
| 229. Johnson Controls | A | Dividend | | | Sold | 03/10/11 | K | D | |
| 230. Target | | | | | | | | | See Part VIII |
| 231. XL Group | | | | | | | | | See Part VIII |
| 232. Broadcom | A | Dividend | | | Sold | 03/10/11 | J | B | |
| 233. Google | | None | K | T | Sold (part) | 03/10/11 | K | D | |
| 234. Google | | | | | Buy (add'l) | 04/01/11 | J | | |
| 235. Google | | | | | Buy (add'l) | 04/28/11 | J | | |
| 236. Google | | | | | Buy (add'l) | 05/05/11 | J | | |
| 237. Google | | | | | Buy (add'l) | 08/03/11 | J | | |
| 238. Google | | | | | Buy (add'l) | 11/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Teva Pharmaceutical | | None | J | T | Sold | 03/10/11 | J | B | |
| 240. Teva Pharmaceutical | | | | | Buy | 12/01/11 | J | | |
| 241. Teva Pharmaceutical | | | | | Buy (add'l) | 12/05/11 | J | | |
| 242. Comcast | A | Dividend | | | Sold | 03/10/11 | K | D | |
| 243. Comcast | | | | | Buy | 03/11/11 | K | | |
| 244. Cooper Industries | | None | | | Sold | 03/10/11 | K | D | |
| 245. Credit Suisse | | None | J | T | Sold | 03/10/11 | J | A | |
| 246. Credit Suisse | | | | | Buy | 04/06/11 | J | | |
| 247. Credit Suisse | | | | | Sold (part) | 08/08/11 | J | | |
| 248. Credit Suisse | | | | | Sold (part) | 10/03/11 | J | | |
| 249. Apple Computer | | None | | | Sold (part) | 03/10/11 | K | E | |
| 250. Apple Computer | | | K | T | Buy (add'l) | 03/11/11 | J | | |
| 251. Danaher Corp. | A | Dividend | J | T | Sold | 03/10/11 | K | D | |
| 252. EMC Corp. | | None | J | T | Sold (part) | 03/10/11 | J | C | |
| 253. EMC Corp. | | | | | Sold (part) | 03/11/11 | J | A | |
| 254. EMC Corp. | | | | | Sold (part) | 06/13/11 | J | A | |
| 255. Gilead Sciences | | None | | | Sold (part) | 03/10/11 | K | D | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Limited Brands | B | Dividend | J | T | Buy (add'l) | 01/04/11 | J | | |
| 257. Limited Brands | | | | | Buy (add'l) | 01/14/11 | J | | |
| 258. Limited Brands | | | | | Sold (part) | 03/10/11 | J | A | |
| 259. Limited Brands | | | | | Buy (add'l) | 08/23/11 | J | | |
| 260. Viacom | A | Dividend | | | Sold | 03/10/11 | J | B | |
| 261. Schlumberger | | None | K | T | Sold (part) | 03/10/11 | K | D | |
| 262. Schlumberger | | | | | Buy (add'l) | 03/11/11 | J | | |
| 263. Schlumberger | | | | | Sold (part) | 05/12/11 | J | B | |
| 264. Schlumberger | | | | | Buy (add'l) | 10/26/11 | J | | |
| 265. Schlumberger | | | | | Buy (add'l) | 12/01/11 | J | | |
| 266. Time Warner | A | Dividend | J | T | Sold | 03/10/11 | J | D | |
| 267. Time Warner | | | | | Buy | 05/20/11 | J | | |
| 268. Time Warner Cable | A | Dividend | | | Sold | 03/10/11 | K | D | |
| 269. Cisco Systems | | None | | | Sold | 03/10/11 | K | | |
| 270. General Electric | B | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 271. The Travelers Cos. | A | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 272. AT&T | A | Dividend | J | T | Buy (add'l) | 03/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. BB&T Corp. | | None | | | Sold | 03/10/11 | J | | |
| 274. Constellation Brands | | None | | | Sold | 03/10/11 | J | B | |
| 275. Constellation Energy Group | A | Dividend | | | Sold | 03/10/11 | J | | |
| 276. Amazon.com | | None | J | T | Buy (add'l) | 02/03/11 | J | | |
| 277. Amazon.com | | | | | Buy (add'l) | 03/11/11 | J | | |
| 278. Amazon.com | | | | | Sold (part) | 05/19/11 | J | C | |
| 279. Amazon.com | | | | | Sold (part) | 07/27/11 | J | A | |
| 280. Amazon.com | | | | | Buy (add'l) | 08/23/11 | J | | |
| 281. Amazon.com | | | | | Sold (part) | 10/26/11 | J | B | |
| 282. Amazon.com | | | | | Sold (part) | 11/22/11 | J | A | |
| 283. Northrup Grumman | A | Dividend | J | T | Sold (part) | 03/10/11 | K | C | |
| 284. Pfizer | A | Dividend | J | T | Sold (part) | 03/10/11 | K | | |
| 285. Kohls | A | Dividend | J | T | Sold (part) | 03/10/11 | K | C | |
| 286. Kohls | | | | | Buy (add'l) | 08/11/11 | J | | |
| 287. Kohls | | | | | Buy (add'l) | 09/15/11 | J | | |
| 288. Kohls | | | | | Buy (add'l) | 09/30/11 | J | | |
| 289. Kohls | | | | | Sold (part) | 12/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Monsanto | A | Dividend | J | T | Buy (add'l) | 02/02/11 | J | | |
| 291. Monsanto | | | | | Sold (part) | 03/10/11 | J | B | |
| 292. Monsanto | | | | | Buy (add'l) | 05/31/11 | J | | |
| 293. Monsanto | | | | | Buy (add'l) | 06/30/11 | J | | |
| 294. Monsanto | | | | | Buy (add'l) | 10/14/11 | J | | |
| 295. Nvidia | | None | | | Sold (part) | 03/10/11 | J | A | |
| 296. Nvidia | | | | | Sold (part) | 03/11/11 | J | B | |
| 297. Garmin | | None | | | Sold | 03/10/11 | J | A | |
| 298. Ingersoll-Rand | | None | | | Sold | 03/10/11 | K | D | |
| 299. Nexen Inc. | | None | | | Sold | 03/10/11 | J | A | |
| 300. NVR | | None | | | Sold | 03/10/11 | J | B | |
| 301. Office Depot | | None | | | Sold | 03/10/11 | J | | |
| 302. Morgan Stanley | | None | | | Sold | 03/10/11 | J | | |
| 303. Smithfield Foods | | None | | | Sold | 03/10/11 | J | C | |
| 304. Oracle | B | Dividend | K | T | Sold (part) | 03/10/11 | J | A | |
| 305. Oracle | | | | | Sold (part) | 05/18/11 | J | A | |
| 306. Oracle | | | | | Sold (part) | 05/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Tyco | A | Dividend | J | T | Sold (part) | 03/10/11 | J | C | |
| 308. Vodafone | | None | K | T | Buy (add'l) | 03/11/11 | J | | |
| 309. Vodafone | | | | | Buy (add'l) | 03/15/11 | J | | |
| 310. Vodafone | | | | | Buy (add'l) | 04/15/11 | J | | |
| 311. Vodafone | | | | | Sold (part) | 08/12/11 | J | A | |
| 312. Celgene | | None | | | Sold | 03/10/11 | | | |
| 313. Deere | A | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 314. EOG Res. | A | Dividend | J | T | Sold (part) | 03/10/11 | J | | |
| 315. EOG Res. | | | | | Sold (part) | 03/11/11 | J | | |
| 316. EOG Res. | | | | | Sold (part) | 05/24/11 | J | | |
| 317. EOG Res. | | | | | Sold (part) | 09/22/11 | J | | |
| 318. EOG Res. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 319. Wells Fargo | B | Dividend | J | T | Sold (part) | 03/10/11 | K | D | |
| 320. Honeywell International | A | Dividend | J | T | Sold | 03/10/11 | J | C | |
| 321. Honeywell International | | | | | Buy (add'l) | 04/07/11 | J | | |
| 322. Devon Energy | A | Dividend | | | Sold (part) | 03/10/11 | K | D | |
| 323. Devon Energy | | | | | Sold | 06/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Freeport McMoran Copper | A | Dividend | | | Sold (part) | 04/14/11 | J | A | |
| 325. Freeport McMoran Copper | | | | | Sold (part) | 05/05/11 | J | | |
| 326. Freeport McMoran Copper | | | | | Sold (part) | 05/12/11 | J | | |
| 327. Freeport McMoran Copper | | | | | Sold (part) | 05/23/11 | J | | |
| 328. Freeport McMoran Copper | | | | | Sold (part) | 06/23/11 | J | | |
| 329. Freeport McMoran Copper | | | | | Sold (part) | 09/22/11 | J | | |
| 330. Freeport McMoran Copper | | | | | Sold | 09/28/11 | J | | |
| 331. General Mills | A | Dividend | J | T | Buy (add'l) | 03/11/11 | J | | |
| 332. Walt Disney | | None | | | Sold | 03/10/11 | J | C | |
| 333. News Corp. | | None | | | Sold | 03/10/11 | K | D | |
| 334. CME Corp. | A | Dividend | | | Sold (part) | 03/10/11 | J | | |
| 335. CME Corp. | | | | | Sold | 10/24/11 | J | A | |
| 336. Fifth Third Bancorp | | None | | | Sold | 03/10/11 | J | A | |
| 337. Johnson & Johnson | B | Dividend | J | T | Sold (part) | 03/10/11 | K | A | |
| 338. Johnson & Johnson | | | | | Sold (part) | 03/11/11 | J | | |
| 339. Johnson & Johnson | | | | | Buy | 05/12/11 | J | | |
| 340. Johnson & Johnson | | | | | Buy | 06/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Johnson & Johnson | | | | | Buy | 07/20/11 | J | | |
| 342. Johnson & Johnson | | | | | Sold (part) | 11/04/11 | J | A | |
| 343. Johnson & Johnson | | | | | Sold (part) | 12/05/11 | J | | |
| 344. Trishield Distressed Securities Fund | | None | O | U | Buy (add'l) | 04/01/11 | M | | See Part VIII |
| 345. Abbott Labs | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 346. Abercrombie & Fitch | A | Dividend | J | T | Buy | 09/30/11 | J | | |
| 347. Abercrombie & Fitch | | | | | Buy (add'l) | 11/04/11 | J | | |
| 348. Ace Ltd. | | None | J | T | Buy | 10/05/11 | J | | |
| 349. Allianz | | None | J | T | Buy | 03/15/11 | J | | |
| 350. Allianz | | | | | Buy (add'l) | 08/12/11 | J | | |
| 351. Allianz | | | | | Buy (add'l) | 07/01/11 | J | | |
| 352. Allianz | | | | | Buy (add'l) | 09/02/11 | J | | |
| 353. Allianz | | | | | Buy (add'l) | 09/29/11 | J | | |
| 354. Allianz | | | | | Buy (add'l) | 10/27/11 | J | | |
| 355. American Electric Power | A | Dividend | J | T | Buy | 05/20/11 | J | | |
| 356. American Express | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 357. American Express | | | | | Buy (add'l) | 10/24/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. ASML Holding | | None | J | T | Buy | 10/28/11 | J | | |
| 359. ASML Holding | | | | | Buy (add'l) | 12/07/11 | J | | |
| 360. Australia & New Zealand Banking Group | | None | J | T | Buy | 11/08/11 | J | | |
| 361. Australia & New Zealand Banking Group | | | | | Buy (add'l) | 11/21/11 | J | | |
| 362. Australia & New Zealand Banking Group | | | | | Buy (add'l) | 11/22/11 | J | | |
| 363. Australia & New Zealand Banking Group | | | | | Buy (add'l) | 12/05/11 | J | | |
| 364. Banco Bilbao Vizcaya Argentaria | | None | J | T | Buy | 03/15/11 | J | | |
| 365. Banco Bilbao Vizcaya Argentaria | | | | | Buy (add'l) | 04/01/11 | J | | |
| 366. Banco Bilbao Vizcaya Argentaria | | | | | Buy (add'l) | 12/02/11 | J | | |
| 367. Bank of Nova Scotia | | None | J | T | Buy | 03/11/11 | J | | |
| 368. Barclays PLC | | None | J | T | Buy | 03/15/11 | J | | |
| 369. Barclays PLC | | | | | Buy (add'l) | 08/31/11 | J | | |
| 370. Barclays PLC | | | | | Buy (add'l) | 12/05/11 | J | | |
| 371. BASF | | None | J | T | Buy | 04/07/11 | J | | |
| 372. BASF | | | | | Buy (add'l) | 04/20/11 | J | | |
| 373. BASF | | | | | Buy (add'l) | 04/21/11 | J | | |
| 374. BASF | | | | | Buy (add'l) | 08/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Bayer | | None | J | T | Buy | 03/15/11 | J | | |
| 376. Bayer | | | | | Buy (add'l) | 06/08/11 | J | | |
| 377. Bayer | | | | | Buy (add'l) | 09/06/11 | J | | |
| 378. BG Group | | None | J | T | Buy | 04/20/11 | J | | |
| 379. BG Group | | | | | Buy (add'l) | 06/30/11 | J | | |
| 380. BHP Billiton | | None | J | T | Buy | 03/11/11 | K | | |
| 381. Biogen Idec | | None | J | T | Buy | 11/02/11 | J | | |
| 382. Biogen Idec | | | | | Buy (add'l) | 11/23/11 | J | | |
| 383. BNP Paribas | | None | J | T | Buy | 03/15/11 | J | | |
| 384. BNP Paribas | | | | | Buy (add'l) | 05/12/11 | J | | |
| 385. BNP Paribas | | | | | Buy (add'l) | 05/27/11 | J | | |
| 386. BNP Paribas | | | | | Buy (add'l) | 08/12/11 | J | | |
| 387. BNP Paribas | | | | | Buy (add'l) | 12/02/11 | J | | |
| 388. BNP Paribas | | | | | Buy (add'l) | 12/05/11 | J | | |
| 389. Boeing | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 390. Boeing | | | | | Buy (add'l) | 12/05/11 | J | | |
| 391. Borg Warner | | None | J | T | Buy | 03/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 27 of 40

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

10/19/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Borg Warner | | | | | Buy (add'l) | 10/28/11 | J | | |
| 393. Borg Warner | | | | | Buy (add'l) | 12/05/11 | J | | |
| 394. BP | | None | J | T | Buy | 03/15/11 | J | | |
| 395. Bristol Myers Squibb | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 396. British American Tobacco | | None | J | T | Buy | 03/21/11 | J | | |
| 397. British American Tobacco | | | | | Buy (add'l) | 03/29/11 | J | | |
| 398. British American Tobacco | | | | | Buy (add'l) | 04/28/11 | J | | |
| 399. British American Tobacco | | | | | Buy (add'l) | 05/06/11 | J | | |
| 400. BT Group | | None | J | T | Buy | 03/15/11 | J | | |
| 401. Cameco | | None | J | T | Buy | 03/11/11 | J | | |
| 402. Canon | | None | J | T | Buy | 08/18/11 | J | | |
| 403. Canon | | | | | Buy (add'l) | 08/23/11 | J | | |
| 404. Canon | | | | | Buy (add'l) | 10/25/11 | J | | |
| 405. Caterpillar | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 406. CDN National Railway | | None | J | T | Buy | 03/11/11 | J | | |
| 407. Centrica | | None | J | T | Buy | 03/15/11 | J | | |
| 408. Centrica | | | | | Buy (add'l) | 11/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Centrica | | | | | Buy (add'l) | 11/22/11 | J | | |
| 410. China Construction BK | | None | J | T | Buy | 08/18/11 | J | | |
| 411. China Construction BK | | | | | Buy (add'l) | 11/02/11 | J | | |
| 412. Chubb | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 413. CNOOC | | None | J | T | Buy | 10/24/11 | J | | |
| 414. Coach | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 415. Coca Cola | B | Dividend | K | T | Buy | 03/11/11 | J | | |
| 416. Coca Cola | | | | | Buy (add'l) | 05/18/11 | J | | |
| 417. Coca Cola | | | | | Buy (add'l) | 06/22/11 | J | | |
| 418. Conoco Philips | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 419. Cons Energy | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 420. Covidien | | None | J | T | Buy | 03/11/11 | J | | |
| 421. Deutsche Telekom | | None | J | T | Buy | 05/16/11 | J | | |
| 422. Deutsche Telekom | | | | | Buy | 07/07/11 | J | | |
| 423. Diageo PLC | | None | J | T | Buy | 03/11/11 | J | | |
| 424. Dominion Resources | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 425. DuPont | A | Dividend | J | T | Buy | 03/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. EON AG | | None | J | T | Buy | 09/14/11 | J | | |
| 427. EON AG | | | | | Buy (add'l) | 09/30/11 | J | | |
| 428. Edwards Lifesciences | | None | J | T | Buy | 12/12/11 | J | | |
| 429. Enbridge | | None | J | T | Buy | 03/11/11 | J | | |
| 430. EQT Corp. | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 431. Experian | | None | J | T | Buy | 03/15/11 | J | | |
| 432. Exxon Mobil | A | Dividend | K | T | Buy | 03/11/11 | K | | |
| 433. Family Dollar Stores | | None | J | T | Buy | 10/18/11 | J | | |
| 434. Family Dollar Stores | | | | | Buy (add'l) | 12/06/11 | J | | |
| 435. Firstenergy Corp. | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 436. GDF Suez | | None | J | T | Buy | 03/15/11 | J | | |
| 437. GDF Suez | | | | | Buy (add'l) | 08/12/11 | J | | |
| 438. General Dynamics | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 439. Glaxo SmithKline | A | Dividend | J | T | Buy | 03/15/11 | J | | |
| 440. Glaxo SmithKline | | | | | Buy (add'l) | 04/28/11 | J | | |
| 441. Glaxo SmithKline | | | | | Buy (add'l) | 05/12/11 | J | | |
| 442. Honda Motor | | None | J | T | Buy | 10/07/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Honda Motor | | | | | Buy (add'l) | 11/21/11 | J | | |
| 444. Honda Motor | | | | | Buy (add'l) | 12/05/11 | J | | |
| 445. HSBC Holding | | None | J | T | Buy | 03/15/11 | J | | |
| 446. HSBC Holdings | | | | | Buy (add'l) | 10/03/11 | J | | |
| 447. HSBC Holdings | | | | | Buy (add'l) | 11/01/11 | J | | |
| 448. HSBC Holdings | | | | | Buy (add'l) | 11/21/11 | J | | |
| 449. HSBC Holdings | | | | | Buy (add'l) | 11/25/11 | J | | |
| 450. HSBC Holdings | | | | | Buy (add'l) | 12/02/11 | J | | |
| 451. Hutchison Whampoa | | None | J | T | Buy | 10/13/11 | J | | |
| 452. Hutchison Whampoa | | | | | Buy (add'l) | 10/19/11 | J | | |
| 453. Illumina Inc. | | None | J | T | Buy | 03/16/11 | J | | |
| 454. Illumina Inc. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 455. Illumina Inc. | | | | | Buy (add'l) | 07/28/11 | J | | |
| 456. ING | | None | J | T | Buy | 03/15/11 | J | | |
| 457. Intercontinential Hotels | | None | J | T | Buy | 03/11/11 | J | | |
| 458. IBM | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 459. KT Corp. | | None | J | T | Buy | 12/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 40

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

10/19/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. LM Ericsson Telefon | | None | J | T | Buy | 05/06/11 | J | | |
| 461. LM Ericsson Telefon | | | | | Buy (add'l) | 06/22/11 | J | | |
| 462. LM Ericsson Telefon | | | | | Buy (add'l) | 08/12/11 | J | | |
| 463. LM Ericsson Telefon | | | | | Buy (add'l) | 11/21/11 | J | | |
| 464. Las Vegas Sands Corp. | | None | J | T | Buy | 06/07/11 | J | | |
| 465. Las Vegas Sands Corp. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 466. Las Vegas Sands Corp. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 467. Estee Lauder | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 468. Estee Lauder | | | | | Buy (add'l) | 08/15/11 | J | | |
| 469. Lloyds Banking Corp. | | None | J | T | Buy | 03/15/11 | J | | |
| 470. Lorillard | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 471. Lorillard | | | | | Buy (add'l) | 10/13/11 | J | | |
| 472. Marathon Petroleum | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 473. McDonalds | A | Dividend | K | T | Buy | 03/11/11 | J | | |
| 474. McDonalds | | | | | Buy (add'l) | 05/26/11 | J | | |
| 475. Mead Johnson Nutrition | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 476. Mead Johnson Nutrition | | | | | Buy (add'l) | 12/23/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Meadwestvaco | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 478. Merck | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 479. Natl-Oilwellvarco | A | Dividend | J | T | Buy | 03/18/11 | J | | |
| 480. Natl-Oilwellcarco | | | | | Buy (add'l) | 07/06/11 | J | | |
| 481. Natl-Oilwellvarco | | | | | Buy (add'l) | 07/27/11 | J | | |
| 482. Netflix-Com | | None | J | T | Buy | 11/04/11 | J | | |
| 483. Nextera Energy | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 484. Nippon Tel&tel | | None | J | T | Buy | 03/15/11 | J | | |
| 485. Nippon Tel&tel | | | | | Buy (add'l) | 09/29/11 | J | | |
| 486. Nissan Motor | | None | J | T | Buy | 03/15/11 | J | | |
| 487. Nissan Motor | | | | | Buy (add'l) | 08/23/11 | J | | |
| 488. Nissan Motor | | | | | Buy (add'l) | 09/29/11 | J | | |
| 489. Northeast Utilities | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 490. Peabody Energy | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 491. Philip Morris | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 492. Praxair | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 493. Praxair | | | | | Buy (add'l) | 08/31/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Precision Castparts | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 495. Prudential Financial | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 496. Prudential PLC | | None | J | T | Buy | 03/15/11 | J | | |
| 497. Prudential PLC | | | | | Buy (add'l) | 10/26/11 | J | | |
| 498. Publis Service Enterprise Group | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 499. Qualcomm | A | Dividend | J | T | Buy | 08/02/11 | J | | |
| 500. Qualcomm | | | | | Buy (add'l) | 11/18/11 | J | | |
| 501. Range Resources | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 502. Repsol | | None | J | T | Buy | 05/27/11 | J | | |
| 503. Repsol | | | | | Buy (add'l) | 07/21/11 | J | | |
| 504. Repsol | | | | | Buy (add'l) | 08/12/11 | J | | |
| 505. Rio Tinto | | None | J | T | Buy | 03/11/11 | J | | |
| 506. Rockwell Automation | A | Dividend | J | T | Buy | 12/08/11 | J | | |
| 507. Royal Dutch Shell | | None | K | T | Buy | 03/15/11 | K | | |
| 508. Royal Dutch Shell | | | | | Buy (add'l) | 08/23/11 | J | | |
| 509. Royal KPN | | None | J | T | Buy | 03/14/11 | J | | |
| 510. Royal KPN | | | | | Buy (add'l) | 09/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Salesforce.com | | None | J | T | Buy | 12/06/11 | J | | |
| 512. Sandisk | | None | J | T | Buy | 12/06/11 | J | | |
| 513. Sandisk | | | | | Buy (add'l) | 12/23/11 | J | | |
| 514. Sanofi | | None | J | T | Buy (add'l) | 03/15/11 | J | | See Part VIII |
| 515. Schneider Electric | | None | J | T | Buy | 03/15/11 | J | | |
| 516. Schneider Electric | | | | | Buy (add'l) | 03/29/11 | J | | |
| 517. Schneider Electric | | | | | Buy (add'l) | 09/01/11 | J | | |
| 518. Sempra Energy | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 519. Sigma Aldrich | A | Dividend | J | T | Buy | 06/22/11 | J | | |
| 520. Sigma Aldrich | A | Dividend | | | Buy (add'l) | 07/08/11 | J | | |
| 521. Southern Co. | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 522. Starwood Hotels & Resorts | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 523. Starwood Hotels & Resorts | | | | | Buy (add'l) | 08/04/11 | J | | |
| 524. Starwood Hotels & Resorts | | | | | Buy (add'l) | 08/23/11 | J | | |
| 525. Stericycle | | None | J | T | Buy | 08/22/11 | J | | |
| 526. Sumitomo | | None | J | T | Buy | 03/11/11 | J | | |
| 527. Sumitomo | | | | | Buy (add'l) | 04/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Sumitomo Mitsui Financial | | None | J | T | Buy | 03/15/11 | | | |
| 529. Sumitomo Mitsui Financial | | | | | Buy (add'l) | 08/01/11 | | | |
| 530. Sumitomo Mitsu Financial | | | | | Buy (add'l) | 11/01/11 | | | |
| 531. Sumitomo Mitsu Financial | | | | | Buy (add'l) | 11/02/11 | | | |
| 532. Telecom Corp. New Zealand | | None | J | T | Buy | 11/08/11 | J | | |
| 533. Telecom Corp. New Zealand | | | | | Buy (add'l) | 11/10/11 | J | | |
| 534. Telecom Corp. New Zealand | | | | | Buy (add'l) | 12/07/11 | J | | |
| 535. Toronto Dominion Bank | | None | J | T | Buy | 07/27/11 | J | | |
| 536. Total S.A. France | | None | J | T | Buy | 03/11/11 | J | | |
| 537. Tullow Oil | | None | J | T | Buy | 03/15/11 | J | | |
| 538. Tyson Foods | A | Dividend | J | T | Buy | 06/27/11 | J | | |
| 539. Tyson Foods | | | | | Buy (add'l) | 08/10/11 | J | | |
| 540. Unilever | | None | J | T | Buy | 03/11/11 | | | |
| 541. Union Pacific | | None | J | T | Buy | 10/05/11 | J | | |
| 542. Union Pacific | | | | | Buy (add'l) | 10/07/11 | J | | |
| 543. United Health Group | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 544. United Technologies | A | Dividend | K | T | Buy | 03/11/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 40

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

10/19/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. US Bancorp | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 546. Verifone Systems | | None | J | T | Buy | 09/16/11 | J | | |
| 547. Verifone Systems | | | | | Buy (add'l) | 11/02/11 | J | | |
| 548. Verizon Communications | A | Dividend | K | T | Buy | 03/11/11 | J | | |
| 549. VF Corp. | A | Dividend | K | T | Buy | 03/11/11 | K | | |
| 550. Wal Mart | A | Dividend | J | T | Buy | 06/22/11 | J | | |
| 551. Wal Mart | | | | | Buy (add'l) | 06/29/11 | J | | |
| 552. Wal Mart | | | | | Buy (add'l) | 06/30/11 | J | | |
| 553. Wal Mart | | | | | Buy (add'l) | 10/04/11 | J | | |
| 554. Waters Corp. | | None | J | T | Buy | 03/11/11 | J | | |
| 555. Waters Corp. | | | | | Buy (add'l) | 05/29/11 | J | | |
| 556. Weyerhauser Co. | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 557. YUM! Brands | A | Dividend | J | T | Buy | 05/25/11 | J | | |
| 558. 3M Co. | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 559. ishares S & P Mid Cap 400 Index fund | B | Dividend | M | T | Buy | 03/10/11 | K | | |
| 560. ishares S & P Mid Cap 400 Index Fund | | | | | Buy (add'l) | 03/11/11 | M | | |
| 561. ishares S & P Small Cap 600 Index Fund | A | Dividend | M | T | Buy | 03/10/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. ishares S&P Small Cap 600 Index Fund | | | | | Buy (add'l) | 03/11/11 | L | | |
| 563. ishares S & P Small Cap 600 Index Fund | | | | | Buy (add'l) | 03/23/11 | J | | |
| 564. JP Morgan International Value SMA Fund | B | Dividend | M | U | Buy | 03/15/11 | M | | See Part VIII |
| 565. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 04/01/11 | J | | |
| 566. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 05/12/11 | J | | |
| 567. Oppenheimer Developing Markets Fund | B | Dividend | M | U | Buy | 03/10/11 | K | | See Part VIII |
| 568. Oppenheimer Developing Markets Fund | | | | | Buy (add'l) | 03/11/11 | M | | |
| 569. New York State Urban Dev. Corp. bond mat. 3/12 | B | Interest | L | T | Buy | 03/15/11 | L | | |
| 570. New York ThruwayRevenue bond mat. 4/1/12 | C | Interest | L | T | Buy | 03/10/11 | L | | |
| 571. New York Thruway bond mat. 1/22 | B | Interest | L | T | Buy | 03/16/11 | L | | |
| 572. NY State Dormitory Authority bond mat. 7/13 | B | Interest | L | T | Buy | 03/10/11 | L | | |
| 573. NY State Dormitory Authority bond mat. 7/19 | B | Interest | L | T | Buy | 04/14/11 | L | | |
| 574. NY State Dormitory bond mat. 2/20 | B | Interest | L | T | Buy | 03/15/11 | L | | |
| 575. Roslyn NY Union Free School District bond | C | Interest | L | T | Buy | 03/11/11 | L | | |
| 576. Arlington NY Cent School bond | C | Interest | L | T | Buy | 03/17/11 | L | | |
| 577. Onondaga County NY bond | B | Interest | L | T | Buy | 03/10/11 | K | | |
| 578. Buffalo NY bond | B | Interest | L | T | Buy | 03/17/11 | L | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | Name of Person Reporting | | | | Date of Report |
|---|---|---|---|---|---|---|---|
| | | | ROSS, ALLYNE R. | | | | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. NYC Muni WTR Fin Authority bond | B | Interest | L | T | Buy | 03/10/11 | L | | |
| 580. Massachusetts bond | C | Interest | L | T | Buy | 03/29/11 | L | | |
| 581. Saratoga CTY NY bond | A | Interest | L | T | Buy | 03/14/11 | L | | |
| 582. Town of Babylon NY bond | B | Interest | L | T | Buy | 03/11/11 | L | | |
| 583. Metropolitan Transit Authority bond | B | Interest | L | T | Buy | 03/24/11 | L | | |
| 584. NY Municipal Water Authority bond | C | Interest | L | T | Buy | 03/17/11 | L | | |
| 585. Dormitory Auth of NY bond | | None | L | T | Buy | 05/13/11 | L | | |
| 586. South Huntington NY bond | B | Interest | L | T | Buy | 03/10/11 | L | | |
| 587. Triborough Bridge&Tunnel Authority bond | C | Interest | L | T | Buy | 04/28/11 | L | | |
| 588. 34th Street Partnership bond | | None | L | T | Buy | 10/26/11 | L | | |
| 589. Tampa Florida bond | | None | L | T | Buy | 08/31/11 | L | | |
| 590. | | | | | | | | | |
| 591. | | | | | | | | | |
| 592. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, p.3, l. 13: Listed last year as "Kome" rather than "Kayne" due to typographical error.

Part VII, p. 4, l. 3: Includes both common and preferred.

Part VII, p. 14, l. 8: Should have been reported last year as sold rather than sold (part).

Part VII, p. 14, l. 10: Should have been reported last year as sold rather than sold (part)

Part VII, p. 14, l. 11: Should have been reported last year as sold rather than sold (part).

Part VII, p. 21, l. 5: This asset was originally purchased on April 1, 2010, value code N. It was not included in las year's report due to inadvertence.

Part VII, p.9, lines 86, 88, 95, 97 and 99: With respect to your inquiry, these assets are not publicily traded. All of them (except the one on line 86) are registered mutual funds The only available price is net assest value, which is book value. Therefore the original entries are correct, and I have not made the requested changes.

Part VII, p. 10, lines 110 and 111: With respect to your inquiry, these assets are not publicily traded. Both are registered mutual funds. The only available price is net assest value, which is book value. Therefore the original entries are correct, and I have not made the requested changes.

Part VII, p. 37, lines 564 and 567: With respect to your inquiry, these assets are not publicily traded. Both are registered mutual funds. The only available price is net assest value, which is book value. Therefore the original entries are correct, and I have not made the requested changes.

Part VII, p. 18, l. 255: This asset should be reported as sold rather than as sold (part).

Part VII, p. 34, l. 514: This assest should be reported as buy rather than as buy (add'l).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **ALLYNE R. ROSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544